Thomas Cross Jr
TDCJ-ID #1721248
1391 FM 3328
Tennessee Colony, Texas 75880

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 03 2015

Abel Acosta, Clerk

83,356-01

Clerk of Court
Court of Criminal Appeals
Able Acosta, Clerk
P.O. Box 12308 - Capitol Station
Austin, Texas 78711

Date: 5/31/15

Re: Court of Criminal Appeals CR27615-B; The State of Texas vs Thomas Darrell Cross Jr, In The 75th District Court of Liberty County.

Dear Mr Acosta,

On May 14th, 2015 I received a cover letter only from the Liberty County District ~~Court~~ Clerk. Both the Clerk and the District Attorney failed to send me copies of the 1) Courts Order Designating Evidence, and 2) The ~~Res~~ Response thereto by the State.

On May 28th, 2015 I received another letter (enclosed copied verbatim) from the Liberty County District Clerk saying a transcript of the Habeas Corpus Proceed-

Page 1 of 2

ING IN THIS CAUSE WAS ALSO SENT TO THIS COURT. ONCE AGAIN I WAS NOT SENT A COPY.

I HAVE NOT RECEIVED VERIFICATION FROM YOU THAT YOU HAVE RECEIVED THESE DOCUMENTS AND THE COURT OF CRIMINAL APPEALS WEBSITE DOES NOT SHOW THESE DOCUMENTS TO BE FILED WITH THIS COURT.

IF YOU HAVE NOT RECEIVED THESE DOCUMENTS CAN YOU PLEASE BRING IT TO THE COURTS ATTENTION THAT THE LIBERTY COUNTY DISTRICT CLERK IS MISLEADING THIS COURT AND ME TO THE CONTRARY.

ALSO, CAN YOU PLEASE CONTACT ME AND/OR SEND ME NOTICE OF ANY ACTIONS IN THIS CAUSE. THANK YOU.

RESPECTFULLY,

THOMAS CROSS
TDCJ-ID# 1721248
BETO UNIT N-232-B
TENNESSEE COLONY, TEXAS
75880

CC:
    FILE

PAGE 2 OF 2

Rebecca Leopard
Cheif Deputy
(936) 336-4685

Frances Kester
Office Supervisor
(936) 336-4683

Donna Brown
District Clerk
Liberty County, Texas
1923 Sam Houston, Room 115
Liberty, Texas 77575
(936) 336-4682

May 20th, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308 - Capitol Station
Austin, Texas 78711

In Re: Court of Criminal Appeals CR27615-B, The State of Texas
vs Thomas Darrell Cross Jr, In The 75th District Court
of Liberty County Texas

Dear Mr Acosta:

Please Find Enclosed The Clerks Record(s) With Regard To
The Above Styled And Numbered Cause(s). Please File In Your
Usual Manner.

I Appreciate Your Cooperation In This Matter

Sincerely

Donna Brown, District Clerk
Liberty County, Texas.

( Copied Verbatim )